ANDREA SHERIDAN ORDIN, County Counsel
ROGER H. GRANBO, Assistant County Counsel
JOSEPH A. LANGTON, Principal Deputy County Counsel
(SBN 188761) • *jlangton@counsel.lacounty.gov*
648 Kenneth Hahn Hall of Administration
500 West Temple Street
Los Angeles, California 90012-2713
Telephone: (213) 974-0812  Fax: (213) 626-2105

Attorneys for THE COUNTY OF LOS ANGELES

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| EDGAR LOPEZ,<br><br>            Plaintiffs,<br><br>      v.<br><br>COUNTY OF LOS ANGELES and DOES 1 to 100, Inclusive,<br><br>            Defendants. | CASE NO. CV 11-6407 DMG (PJWx)<br><br>**ORDER RE: STIPULATION FOR DISMISSAL [8]** |

The Court having read and considered the Stipulation for Dismissal executed by Plaintiff and Defendant, this action is ordered dismissed with prejudice.  Each party will bear his/its own costs and attorneys' fees.

IT IS SO ORDERED.

DATED:   September 12, 2011

_____
HON. DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

CV 11-6407 DMG (PJWx)
[PROPOSED] ORDER RE:
STIPULATION FOR DISMISSAL